

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-65,038-04

### EX PARTE BRANDON LOHRAN WOODARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W00-53218-M(D) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to imprisonment for life. The Fifth Court of Appeals affirmed his conviction. *Woodard v. State*, No. 05-02-00839-CR (Tex. App.—Dallas April 4, 2003)(not designated for publication).

The record shows that the trial court held a habeas hearing, where at least one witness did not appear. It appears that the trial court is not finished with its fact-finding. We remand this application to the 194th District Court of Dallas County to allow the trial judge to complete an

evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. The supplemental record shall also contain Applicant's memorandum of law and exhibits, if any. Any extensions of time must be requested by the trial court and shall be obtained from this Court.


Filed: April 11, 2018
Do not publish